# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KEVIN CASEY,
        Petitioner,

v.                                  Case No. 00-C-1095

MATTHEW FRANK,
        Respondent.

## DECISION AND ORDER

Petitioner Kevin Casey moves for reconsideration of my previous Order denying his motion to modify the judgment under Fed. R. Civ. P. 60(b), or, in the alternative, brings a new motion for relief under Rule 60(b). He argues that the evidence against him is so weak that the decision to re-try him constitutes an abuse of prosecutorial discretion so severe as to violate his constitutional rights.

Because the motion presents a new ground for habeas relief not presented in the original petition, it must be dismissed as a second or successive petition. See Gonzalez v. Crosby, 125 S. Ct. 2641, 2647 (2005). In his petition, petitioner alleged that (1) his attorneys rendered ineffective assistance of counsel; (2) his Confrontation Clause rights were violated; (3) he was denied due process when certain evidence was excluded at trial; and (4) the cumulative effect of the trial court's errors resulted in a fundamental miscarriage of justice. He did not argue that the evidence was insufficient to convict him or that any decision to re-try him would constitute a violation of his constitutional rights. Thus, his current argument constitutes a new claim for relief, which I cannot entertain. See Dunlap v. Litscher, 301 F.3d 873, 875-76 (7th Cir. 2002).

In the alternative, even if I had jurisdiction, I would deny the motion. As noted in my previous Order denying petitioner's attempt to block a re-trial, the customary remedy when a court finds ineffective assistance of counsel is to order a new trial with competent counsel. My decision conditionally granting the writ permitted the State of Wisconsin to re-try petitioner, and it has decided to do so.[1] Petitioner's arguments as to the strength of the evidence and the credibility of the witnesses are appropriately directed to the jury in his re-trial.

**THEREFORE, IT IS ORDERED** that petitioner's motion for reconsideration and/or to modify the judgement (Docket # 90) is **DISMISSED**. Alternatively, the motion is **DENIED**.

Dated at Milwaukee, Wisconsin this 3rd day of August, 2005.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge

---

[1] The record shows that this decision was made before petitioner moved to block a re-trial and for unconditional release.